UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:18-cv-408-SPC-MRM

COLLIER HMA PHYSICIAN
MANAGEMENT, LLC, d/b/a
Physicians Regional Medical Group,
a Florida limited liability company; and
NAPLES HMA, LLC, d/b/a Physicians
Regional Medical Center-Pine Ridge
and Physicians Regional Medical Center-
Collier Boulevard, a Florida limited
liability company,

    Plaintiffs,

v.

NCH HEALTHCARE SYSTEM, INC.,
a Florida not-for-profit corporation;
NAPLES COMMUNITY HOSPITAL, INC.,
a Florida not-for-profit corporation;
and NCHMD, INC., a Florida
not-for-profit corporation,

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO SUPPLEMENT COMPUTATION OF DAMAGES IN INITIAL DISCLOSURES**

Pursuant to Rule 6(b), Fed. R. Civ. P., and Local Rule 3.01, Plaintiffs Collier HMA Physician Management, LLC and Naples HMA, LLC, move for a 30-day extension of time to and including October 29, 2018 within which to supplement their Rule 26(a)(1) Initial Disclosures with respect to Subsection iii, Computation of Damages. In support of the motion, the Plaintiffs state:

1.    Pursuant to the Case Management and Scheduling Order [DE 24], Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) are due September 28, 2018.



LASHGOLDBERG.COM   MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel  305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel  954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

CASE NO. 2:18-cv-408-SPC-MRM

2. Plaintiffs anticipate serving their Initial Disclosures on or before that date, including categories of damages and good faith estimates of the amount damages in Subsection iii, Computation of Damages.

3. Plaintiffs continue to work on more precise calculations of the amount of damages and respectfully request an additional 30 days to supplement Subsection iii with such information.

4. This extension of time is made in a timely fashion, in good faith and not for purposes of delay, as discovery is just getting under way.

5. Granting this request for an extension of time will not prejudice Defendants, whose counsel has agreed to the relief requested herein.

WHEREFORE, pursuant to Rule 6(b), Fed. R. Civ. P., and Local Rule 3.01, Plaintiffs Collier HMA Physician Management, LLC and Naples HMA, LLC, respectfully move for an extension of time to and including October 28, 2018 to supplement their Initial Disclosures with further information regarding Subsection iii, Computation of Damages.

### Certificate of Counsel

Pursuant to Local Rule 3.01(g), the undersigned certifies that Plaintiffs' counsel conferred with Defendants' counsel on Tuesday, September 25, 2018, and Defendants' counsel agreed to the relief sought in this motion.



CASE NO. 2:18-cv-408-SPC-MRM

Respectfully Submitted:

**LASH & GOLDBERG LLP**
Miami Tower, Suite 1200
100 Southeast Second Street
Miami, Florida 33131
(305) 347-4040 Fax: (305) 347-4050
Attorneys for Plaintiffs

By:  /s/ Lorelei J. Van Wey
      **ALAN D. LASH**
      Florida Bar No. 510904
      alash@lashgoldberg.com
      **MARTIN B. GOLDBERG**
      Florida Bar No. 0827029
      mgoldberg@lashgoldberg.com
      **LORELEI J. VAN WEY**
      Florida Bar No. 982792
      Lvanwey@lashgoldberg.com
      **JUSTIN C. FINEBERG**
      Florida Bar No. 0053716
      jfineberg@lashgoldberg.com

LASHGOLDBERG.COM
MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel

CASE NO. 2:18-cv-408-SPC-MRM

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, in which the persons on the Service List below are participants.

By: /s/ *Lorelei J. Van Wey*
**Lorelei J. Van Wey**

**SERVICE LIST**

| | |
|---|---|
| **Lawrence A. Farese** | **Edward K. Cheffy (Trial Counsel)** |
| Florida Bar No. 252808 | Florida Bar No. 393649 |
| **Robins Kaplan LLP** | **Nicholas P. Mizell** |
| 711 5th Ave S., Suite 201 | Florida Bar No. 87775 |
| Naples, FL 34102 | **Andrew H. Reiss** |
| (239) 213-1973 Telephone | Florida Bar No. 116955 |
| (239) 213-1970 Facsimile | **Michael A. Feldman** |
| lfarese@robinskaplan.com (primary) | Florida Bar No. 705152 |
| | **CHEFFY PASSIDOMO, P.A.** |
| | 821 Fifth Avenue South, Suite 201 |
| | Naples, Florida 34102 |
| | (239) 261-9300 Telephone |
| | (239) 261-9782 Facsimile |
| | ekcheffy@napleslaw.com (primary) |
| | npmizell@napleslaw.com (primary) |
| | ahreiss@napleslaw.com (primary) |
| | mafeldman@napleslaw.com (primary) |
| | ffharper@napleslaw.com (secondary) |
| | nmtelischak@napleslaw.com (secondary) |
| | raricci@napleslaw.com (secondary) |
| | *Attorneys for Defendants* |

Lash&Goldberg LLP
LASHGOLDBERG.COM
MIAMI 100 Southeast 2nd Street, Suite 1200 • Miami, Florida 33131-2158 • 305 347 4040 tel   305 347 4050 fax
FT. LAUDERDALE 2500 Weston Road, Suite 220 • Weston, Florida 33331-3615 • 954 384 2500 tel   954 384 2510 fax
TAMPA 142 West Platt Street, Suite 118 • Tampa, FL 33606-2315 • 813-284-4002 tel