UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLLIER HMA PHYSICIAN
MANAGEMENT, LLC and
NAPLES HMA, LLC, a Florida
limited liability company

      Plaintiffs,

v.                                                Case No.: 2:18-cv-408-FtM-38MRM

NCH HEALTHCARE SYSTEM, INC.,
NAPLES COMMUNITY HOSPITAL,
INC. and NCHMD, INC.,

      Defendants.
_____/

**ORDER**[1]

This matter comes before the Court after today's in-person status conference with the parties. At the conference, the parties advised the Court about the status of outstanding discovery compelled per the Order dated August 13, 2020 (Doc. 115) and need for more depositions and expert reports.

For the reasons stated on the record, the Court directed Plaintiffs to produce the raw data responsive to the August 13 Order within seven days. It reopened limited discovery for certain Rule 30(b)(6) depositions and expert

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

reports and rebuttal reports. It also denied Plaintiffs' request to bifurcate this case as to liability and damages. Finally, the Court said it would set another in-person status conference after the holidays. This Order memorializes the Court's rulings.

Accordingly, it is

**ORDERED:**

(1) Plaintiffs are **DIRECTED** to produce the raw data responsive to the compelled discovery (*see* Doc. 115) and discussed at today's status conference to Defendants on or before **November 24, 2020**.

(2) The parties are **DIRECTED** to jointly file proposed deadlines to govern the remainder of this case on or before **December 30, 2020**.

(3) Plaintiffs' oral request to bifurcate the issues of liability and damages is **DENIED**.

(4) An **IN-PERSON** status conference is set before the undersigned on **January 7, 2021, at 9:30 a.m.** in Courtroom 5D.

(5) This case remains stayed and administratively closed except for Plaintiffs' compelled document production referenced herein.

**DONE** and **ORDERED** in Fort Myers, Florida on November 17, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record